UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TYRICO ZIJUAN TYLER, )<br>)<br>Defendant. )<br>) | Case No. 07cr1450-JTM<br><br>ORDER ALLOWING FURTHER EVALUATION AND RISK ASSESSMENT ANALYSIS BY LARRY W. CORRIGAN AND ACCESS TO RESULTS BY DEFENSE COUNSEL. |

Upon stipulation between Pretrial Services, by and through Officer Diana Ghanem, and the defendant Tyrico Zijuan Tyler, by and through counsel Timothy A. Scott, and good cause having been shown, IT IS HEREBY ORDERED that Pretrial Services shall request and pay for Larry W. Corrigan to conduct further evaluation and risk assessment of Tyrico Tyler and to allow defense counsel access to the results of the evaluation and assessment.

IT IS SO ORDERED.

DATED: September 7, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge